NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001031
28-JAN-2013
09:54 AM**

NO. CAAP-12-0001031

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHARLES MITCHELL HART AND LISA MARIE HART,
Plaintiff-Appellees/Cross-Appellants,

v.

TICOR TITLE INSURANCE COMPANY,
Defendant-Appellant/Cross-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC08-1-3865)

ORDER APPROVING STIPULATION TO DISMISS APPEALS
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Stipulation to Dismiss Appeals, filed on January 17, 2013, by Plaintiffs-Appellees/Cross-Appellants Charles Mitchell Hart and Lisa Marie Hart ("Appellees"), the papers in support, and the records and files herein, it appears that:

(1) Appellees and Defendant-Appellant/Cross-Appellee Ticor Title Insurance Company are stipulating to the dismissal of appeal and cross-appeal with prejudice pursuant to Hawaiʻi Rules of Appellate Procedure Rules 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and this appeal and cross-appeal are dismissed, with each party to bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, January 28, 2013.

Chief Judge

Associate Judge

Associate Judge